HIRSCH, Respondent, v. HOROWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Max Hirsch against Adolph Horowitz. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the first set of plans was never approved by the tenement

house department, and that the defendant never authorized the plan for the corner house alone.

